1 Peter Kristofer Strojnik, SBN 242728
2 pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
3 2415 East Camelback Road
Phoenix, Arizona 85016
4 Telephone: (415) 450-0100

5
Attorneys for Plaintiff
6 THERESA BROOKE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 2:24-cv-4 |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| HOTEL CHC INC., | |
| Defendants. | |

Please take notice that the case has settled.

DATED this 25th day of January, 2024.

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff